IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHRYN JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>    Defendant. | CA No. 1:15-CV-1346-SCJ |

**JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., Plaintiff Kathryn Johnson and Defendant Gentiva Health Services, Inc., by and through their respective counsel, hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff Johnson's claims and causes of action in the above-styled case, in their entirety. Each party will bear her or its own attorneys' fees.

Respectfully submitted on October 1, 2015.

| | |
|---|---|
| */s/ Gilda Adriana Hernandez*<br>THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC<br>Gilda A. Hernandez, NCSB #36812<br>315 S. Salem St., Suite 310<br>Apex, NC 27502<br>Phone: (919) 741-8693 | */s/ Angelo Spinola*<br>Angelo Spinola<br>Georgia Bar No. 672191<br>aspinola@littler.com<br>Anne M. Mellen<br>Georgia Bar No. 558694 |

Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com

**BARRETT & FARAHANY, LLP**
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

*Attorneys for Plaintiff*

amellen@littler.com

Tracey T. Barbaree
Georgia Bar No. 036792
tbarbaree@littler.com
LITTLER MENDELSON
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326.4803
Tel: 404.233.0330
Fax: 404.233.2361

*Attorneys for Defendant*

**Font Certification**

The undersigned hereby certifies that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

## Certificate of Service

I hereby certify that on October 1, 2015, I caused the foregoing *JOINT STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants, including Defendant's Counsel of Record as follows:

Angelo Spinola
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
aspinola@littler.com

Tracey Barbaree
Littler Mendelson, PC
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
tbarbaree@littler.com

Anne Marsha Mellen
Littler Mendelson, P.C.
3344 Peachtree Rd., N.E.
Suite 1500
Atlanta, GA 30326-4803
(404) 760-3973
amellen@littler.com

*/s/ Gilda A. Hernandez*
Gilda A. Hernandez